IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CLENDO LAB, INC.<br><br>DEBTOR<br><br>WILFREDO SEGARRA MIRANDA, TRUSTEE<br><br>PLAINTIFF<br><br>VS.<br><br>CLENDO OCCUPATIONAL HEALTH SERVICES, INC.<br><br>DEFENDANT | CASE NO. 10-03931 BKT<br><br>Chapter 7<br><br>ADV. NO.: 11-114<br><br>**FILED & ENTERED ON 06/16/2011** |

### ORDER

Clendo Occupational Health Services is prohibited to make any sale and/or transfer of the Department of Health Certificate No. 11-066 without prior authorization from this Court until further notice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of June, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALL CREDITORS